THOMAS BOSTON, SURVIVING PARTNER OF THE LATE FIRM OF GILBERT LILLY AND THOMAS BOSTON TRADING UNDER THE FIRM OF LILLY & BOSTON, *versus* FRANÇOIS LASSELLE, ALIAS FRANCIS LASSELLE, AND FRANCIS LASSELLE, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED, MARIE LASSELLE, ALIAS NANETTE LASSELLE, JULIE LASSELLE AND JACQUES LASSELLE, HEIRS OF JAMES LASSELLE, DECEASED

PAPERS IN FILE (1816): (1) Precipe for writ of subpoena; (2) writ of subpoena and return.

DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* FRANCIS LASSELLE AND FRANCIS LASSELLE, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED, MARIE B. LASSELLE, ALIAS MARIE LOUISE LASSELLE AND MARIE LASSELLE, ALIAS NANETTE LASSELLE, JULIE LASSELLE AND JACQUES LASSELLE, HEIRS OF JAMES LASSELLE, DECEASED

PAPERS IN FILE (1816): (1) Precipe for writ of subpoena; (2) writ of subpoena and return.

DANIEL SUTHERLAND, CURATOR TO THE VACANT SUCCESSION OF PATRICK ROBERTSON, DECEASED, *versus* FRANCIS LASSELLE, SURVIVING DEFENDANT OF JAMES AND FRANCIS LASSELLE

PAPERS IN FILE (1816): (1) Precipe for scire facias.